CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 1 3 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| HOPE M. WILLIAMS, ) | |
| ) | Civil Action No. 7:12-cv-242 |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | Hon. James C. Turk |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | Senior United States District Judge |
| ) | |
| Defendant. ) | |

Plaintiff Hope M. Williams sought review of Defendant Carolyn W. Colvin's final decision denying her claim for disability insurance benefits under the Social Security Act. In accordance with the accompanying Memorandum Opinion, and for the reasons set forth therein, it is hereby

**ORDERED AND ADJUDGED**

that the Commissioner's Motion for Summary Judgment, ECF No. 17, is **GRANTED**, and Plaintiff's Motion for Summary Judgment, ECF No. 10, is **DENIED**.

The Clerk of Court is directed to strike the case from the active docket of the court and to send a certified copy of this Final Order, as well as the accompanying Memorandum Opinion, to counsel of record for the parties.

ENTER: This 12th day of September, 2013.

/s/ James C. Turk
Hon. James C. Turk
Senior United States District Judge